# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK PRYOR, | Case No. EDCV 14-01347-JGB(DTBx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SELECT PORTFOLIO SERVICING INC., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered. The Clerk shall close the case.

Dated: August 28, 2014

                                      JESUS G. BERNAL
                             United States District Judge